UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-776 (FLW) |
| v. | AMENDED SCHEDULING ORDER |
| KENSWICK AUSTIN | |

This matter having come before the Court upon the request of the United States, represented by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Sarah A. Sulkowski, Assistant U.S. Attorney, appearing); and the defendant, represented by Assistant Federal Public Defenders Adam Axel, Esq., and Benjamin West, Esq., concurring in the Government's request; and for good cause shown,

It is on this 21st day of December, 2021, ORDERED that:

1. The defendant shall file any further pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before February 14, 2022;

2. The Government shall file any response to the defendant's pretrial motions on or before March 14, 2022;

3. The defendant shall file any reply on or before March 28, 2022; and

d) Oral argument on pretrial motions shall be held on a date to be provided by the Court.

Honorable Freda L. Wolfson
Chief United States District Judge