UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-776 (FLW) |
| v. | AMENDED SCHEDULING ORDER |
| KENSWICK AUSTIN | |

This matter having come before the Court upon the joint request of the United States, represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Sarah A. Sulkowski, Assistant U.S. Attorney, appearing); and the defendant, represented by Assistant Federal Public Defenders Adam Axel, Esq., and Benjamin West, Esq.; and for good cause shown,

It is on this  4th  day of February, 2022, ORDERED that:

1. The defendant shall file any further pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before March 21, 2022;

2. The Government shall file any response to the defendant's pretrial motions on or before April 21, 2022;

3. The defendant shall file any reply on or before May 4, 2022; and

    d)  Oral argument on pretrial motions shall be held on a date to be set by the Court.

                       _____
                       Honorable Freda L. Wolfson
                       Chief United States District Judge